THORER & HOLLANDER, INC., Respondent, *v.* IRVING TRUST COMPANY, as Trustee in Bankruptcy of ABRAHAM MORGENSTERN et al., Copartners, Doing Business as A. MORGENSTERN & BRO., Respondent, and MORRIS FUCHS, Appellant, Impleaded with Others.

LOUIS A. COHEN & BRO., INC., Respondent, *v.* IRVING TRUST COMPANY, as Trustee in Bankruptcy of ABRAHAM MORGENSTERN et al., Copartners, Doing Business as A. MORGENSTERN & BRO., Respondent, and MORRIS FUCHS, Appellant, Impleaded with Others.

Argued January 12, 1938; decided March 8, 1938.

608

*Copal Mintz* and *Alexander A. Falk* for appellant.
*Stephen Brooks-Rosenthal*, *David W. Kahn* and *Max Edelman* for respondents.

In each action: Judgment so far as appealed from affirmed, with costs. No opinion.

Concur: CRANE, Ch. J., O'BRIEN, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: LEHMAN and HUBBS, JJ.